UNITED STATES *versus* BENJAMIN WATSON, BREVET MAJOR, FIFTH REGIMENT, UNITED STATES ARMY.

JOURNAL ENTRIES: (1) Oct. 28, 1826: continued; (2) Dec. 2, 1828: death of defendant suggested, continued.
PAPERS IN FILE (1824): (1) Precipe for capias; (2) capias and return; (3) letter—Treasury Department to United States attorney.
*File No. 2 of 1824.*

UNITED STATES *versus* LIEUTENANT AARON M. WRIGHT, JONATHAN N. BAILEY, EDWARD BIDDLE, AND GEORGE BOYD, IMPLEADED WITH JOHN P. ARNDT.

JOURNAL ENTRIES: (1) Oct. 28, 1826: rule on marshal to bring bodies; (2) May 14, 1828: motion for judgment; (3) May 31, 1828: motion for judgment; (4) July 8, 1828: motion argued and submitted; (5) Dec. 4, 1828: default judgment.
PAPERS IN FILE (1826–27): (1) Precipe for capias; (2) capias and return; (3) recognizance—Edward Biddle; (4) bail piece; (5) precipe for subpoena; (6) declaration and oyer; (7) recognizance—Jonathan N. Bailey and George Boyd; (8) common bail—Aaron M. Wright; (9) return to writ of fi. fa., receipt signed by Daniel LeRoy; (10) memo. of proceedings; (11) Treasury transcript; (12) copy of bond.
*File No. 10 of 1826.*

UNITED STATES *versus* DUNCAN McGREGOR AND PETER GODFROY.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1827): (1) Precipe for capias; (2) capias and return.
*File No. 12 of 1827.*

UNITED STATES *versus* FIVE BARRELS CIDER.

JOURNAL ENTRIES: (1) Dec. 7, 1827: libel filed, time fixed for trial, notice ordered published; (2) Dec. 27, 1827: time for hearing extended, notice ordered published; (3) Jan. 19, 1828: proclamation made, evidence heard, property condemned, sale and notice of sale ordered, attendance of witness proved.
PAPERS IN FILE (1827–28): (1) Libel; (2) subpoena; (3) copy of order of sale; (4) copy of notice of sale; (5) account of sales; (6) marshal's account.
*File No. 15 of 1827.*